# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEVELOPERS SURETY & INDEMNITY CO.,** : | Civil Action No. 1:12-CV-2216 |
| : | |
| : | **(Chief Judge Conner)** |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **SHAHNAWAZ MATHIAS, DEBRA MATHIAS, EASTERN DEVELOPMENT & DESIGN,** and **CHARTER HOMES BUILDING COMPANY**, : | |
| : | |
| Defendants. : | |

## **ORDER**

AND NOW, this 22nd day of May, 2014, upon consideration of the motion for reconsideration (Doc. 38) pursuant to Federal Rule of Civil Procedure 59(e), filed by plaintiff Developers Surety & Indemnity Co., and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that the motion for reconsideration (Doc. 38) is DENIED.

>  /S/ CHRISTOPHER C. CONNER
> Christopher C. Conner, Chief Judge
> United States District Court
> Middle District of Pennsylvania